UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LANE HENDERSON,**

Plaintiff,

v.            No. 4:23-cv-1132-P

**DISCOVER CARD CORP. OFFICE, ET AL.,**

Defendants.

## ORDER OF DISMISSAL

By order signed November 9, 2023, the Court ordered that if Plaintiff, Lane Henderson, wished to proceed with this action, by November 27, 2023, he must either pay the $402 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by certificate of inmate trust account. The order cautioned that failure to comply might result in the dismissal of Plaintiff's claims without further notice. *See* FED. R. CIV. P. 41(b). To date, Plaintiff has failed to comply with the order. In addition, he has failed to keep the Court apprised of his current address. Accordingly, this civil action is **DISMISSED**.

**SO ORDERED** on this **1st day** of **December 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE