UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LANE HENDERSON,**

    Plaintiff,

v.                                 No. 4:23-cv-1132-P

**DISCOVER CARD CORP. OFFICE, ET AL.,**

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the order of dismissal signed this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED**.

**SO ORDERED** on this **1st day** of **December 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE